

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-22-00008-CV

_____

JOEL R. LAMBRIGHT, JR., Appellant

V.

C.R. WILKERSON, Appellee

On Appeal from the County Court at Law
Rusk County, Texas
Trial Court No. C21-022

Before Morriss, C.J., Stevens and Carter,* JJ.
Memorandum Opinion by Chief Justice Morriss

_____

*Jack Carter, Justice, Retired, Sitting by Assignment

# MEMORANDUM OPINION

Joel R. Lambright, Jr., appellant, filed a notice of appeal in this matter on February 11, 2022. The clerk's record was due to be filed in this case on or before March 28, 2022. Appellant is not indigent and is thus responsible for paying or making adequate arrangements to pay the clerk's fee for preparing the record. *See* TEX. R. APP. P. 37.3(b). The county clerk has informed this Court that the fee has not been paid for preparation of the clerk's record.

By letter dated April 11, 2022, Appellant was provided with notice of and an opportunity to cure this defect. *See* TEX. R. APP. P. 42.3(b), (c). The April 11 letter further warned Appellant that, if he did not submit an adequate response to the notice by April 21, 2022, this appeal would be subject to dismissal for want of prosecution and for failure to comply with the above-cited rules. Appellant has not paid for preparation of the clerk's record and has not filed proof of indigency. *See* TEX. R. APP. P. 20.1. Further, we have received no communication from Appellant responsive to the April 11 correspondence. Accordingly, this appeal is ripe for dismissal.

Pursuant to Rule 42.3, subsections (b) and (c), of the Texas Rules of Appellate Procedure, we dismiss this appeal for want of prosecution.

Josh R. Morriss, III
Chief Justice

Date Submitted: May 2, 2022
Date Decided: May 3, 2022

2